IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>Applicant,<br><br>v.<br><br>THE PENTA BUILDING GROUP, INC.,<br><br>Respondent. | Case No.: 3:22-cv-00213-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO RESPOND TO PETITION TO VACATE ARBITRATION AWARD (ECF No. 1-1)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Applicant, Laborers Union of North America, Local 169, and Respondent, The Penta Building Group, by and through their attorneys of record, that Respondent's time to respond to the Petition to Vacate Arbitration Award (ECF No. 1-1) will be extended from July 25, 2022 to August 5, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| **Law Offices of Michael E. Langton** | **HOLLAND & HART LLP** |
| /s/ Michael E. Langton | /s/ Matthew T. Cecil |
| Michael E. Langton, Esq.<br>Nevada Bar No.: 0290<br>801 Riverside Drive<br>Reno, Nevada 89503 | Matthew T. Cecil, Esq.<br>Nevada Bar No. 9525<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV  89134 |
| *Attorneys for Applicant* | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED**

DATED:  July 26, 2022

_____
LARRY R. HICKS
United States District Court Judge

2