IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>    Applicant,<br><br>vs.<br><br>THE PENTA BUILDING GROUP, INC.,<br><br>    Respondent.<br>_____<br>THE PENTA BUILDING GROUP, INC.,<br><br>    Counterclaimant<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>    Counter-Respondent. | Case No.:<br>3:22-cv-00213-LRH-CLB<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND |

COMES NOW, Applicant/Counter-Respondent LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169, (hereinafter "Local 169"), by and through its undersigned attorney and Respondent/Counterclaimant The Penta Building Group, Inc., (hereinafter "Penta"), by and through its undersigned attorney

and, pursuant to LR 7-1 and LR IA 6-1, hereby file this Stipulation To Extend Time for Local 169 to file its Opposition to Penta's Motion To Confirm Award, (ECF 17), filed January 6, 2023, from **January 20, 2023**, to and including **January 31, 2023**.

This is the first stipulation for extension of time and is made on the grounds that Applicant's attorney has recently been involved in representing a Reno Police officer who was involved in an Officer Involved Shooting and many other issues involving his commitments to other clients and has a pre-paid out of country vacation scheduled to begin January 18, 2023, and will return to his office on January 26, 2023.

However, there was a previous Stipulation to Extend Time for Penta to Respond To Local 169's Petition to Vacate Arbitration Award filed July 26, 2022. (ECF 6.)

Respectfully submitted this 17th day of January, 2023.

Michael E. Langton, Esq.
Nevada Bar No. 290
801 Riverside Drive
Reno, NV 89503
Phone: 775.329.7557
mlangton@sbcglobal.net

Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4650
mtcecil@hollandhart.com

Attorney for Applicant/
Counter-Respondent

Attorney for Respondent/
Counterclaimant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 01-19-23