IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>Applicant,<br><br>v.<br><br>THE PENTA BUILDING GROUP, INC.,<br><br>Respondent.<br><hr>THE PENTA BUILDING GROUP, INC.,<br><br>Counterclaimant<br><br>v.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>Counter-respondent | Case No.:  3:22-cv-00213-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY**<br><br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Applicant/Counter-respondent, Laborers Union of North America, Local 169, and Respondent/Counterclaimant ("Local 169"), The Penta Building Group ("Penta"), by and through their attorneys of record and pursuant to LR 7-1 and LR IA 6-1, that Penta's time to file its Reply Brief related to its Motion to Confirm Award (ECF No. 17) and Local 169's Response (ECF No. 20 & ECF No. 22, filed on January 31, 2023 and again on February 1, 2023) be extended from February 7, 2023 (ECF No. 20) to February 21, 2023.

This is the first stipulation for an extension to extend these deadlines and is made on the grounds that Penta's attorney recently had unexpected family and client emergencies and will be

out of town from February 9 through February 11, 2023. Additionally, on February 2, 2023 the parties conferred due to the confusion with the filing of Local 169's Response to the Motion. Local 169's counsel represented, and the parties agreed, that when Local 169 was advised to refile its Response, it intended to only file a Response in the form of an Opposition to Penta's Motion to Confirm (*see* ECF No. 22, entitled Applicant/Counter-Respondent's Opposition to Motion to Confirm Award) and did not intend to file a countermotion to vacate, because such a countermotion was unnecessary. Additionally, Penta's counsel explained the likely need for this extension and Local 169's counsel agreed to it.

Therefore, the parties stipulate as follows:

1. Local 169 only filed a response in the form of an opposition to Penta's Motion to Confirm, and if any docket entry is entered as a Countermotion or Motion to Vacate it is withdrawn.

2. The time to file Penta's Reply Brief will be extended to February 21, 2023.

DATED this 7th day of February 2023.

**Law Offices of Michael E. Langton**

 /s/ Michael E. Langton
Michael E. Langton, Esq.
Nevada Bar No.: 0290
801 Riverside Drive
Reno, Nevada 89503

*Attorneys for Applicant*

DATED this 7th day of February 2023.

**HOLLAND & HART LLP**

 /s/ Matthew T. Cecil
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED**

DATED February 8th, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE